# NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CA 05-721


FELIX MOUTON, JR.

VERSUS

RAPIDES PARISH POLICE JURY


**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## APPEAL FROM THE
## NINTH JUDICIAL DISTRICT COURT
## PARISH OF RAPIDES, NO. 218,920
## HONORABLE GEORGE C. METOYER, PRESIDING

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ULYSSES GENE THIBODEAUX
## CHIEF JUDGE

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Glenn B. Gremillion, and J. David Painter, Judges.

**MOTION TO DISMISS DENIED.**


**MALCOLM X. LARVADAIN**
**626 EIGHTH STREET**
**ALEXANDRIA, LA 71301-7696**
**Telephone: (318) 445-3533**
**Atorney for Felix Mouton, Jr.**

**DANIEL E. BROUSSARD**
**P.O. BOX 1311**
**ALEXANDRIA, LA 71309-1311**
**Telephone: (318) 487-4589**
**Attorney for Rapides Parish Police Jury**